IN THE SUPREME COURT OF NORTH CAROLINA

No. 95PA16

Filed 17 March 2017

CYNTHIA WALKER, D.D.S.,

      Petitioner

      v.

THE NORTH CAROLINA STATE BOARD OF DENTAL EXAMINERS,

      Respondent

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 782 S.E.2d 518 (2016), affirming an order entered on 23 October 2014 by Judge Elaine Bushfan in Superior Court, Wake County. Heard in the Supreme Court on 13 February 2017.

*Smith Moore Leatherwood LLP, by Elizabeth Brooks Scherer and Ryan McKaig, for petitioner-appellant.*

*Ellis & Winters LLP, by Matthew W. Sawchak, Stephen D. Feldman, Troy D. Shelton, and Paul M. Cox; and Carolin Bakewell for respondent-appellee.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by Clinton R. Pinyan, for North Carolina Board of Pharmacy, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.